relator's amended verified motion for stay. Motion denied.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0048. Pryor v. Koukoutas.**

In Habeas Corpus. On respondents' motions to dismiss. Motions granted. Cause dismissed. On petitioner's motion to stay and motion to strike. Motions denied.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0053. State ex rel. Jackson v. Ferguson.**

In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0070. State ex rel. Taylor v. Adult Parole Auth.**

In Mandamus. On respondent Erie County Common Pleas Court's motion to dismiss and respondent Adult Parole Authority's amended Civ.R. 12(B)(6) motion to dismiss. Motions granted. Cause dismissed. On respondent Adult Parole Authority's motion to quash subpoena duces tecum and motion to stay discovery. Motions denied. On relator's motions for default judgment, motion for counsel re-request, and motion to amend mandamus. Motions denied.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0075. Evans v. Stammitti.**

In Habeas Corpus. Sua sponte, cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0112. State v. Cooper.**

In Habeas Corpus. Sua sponte, cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0121. State ex rel. Hobbs v. Gilb.**

In Mandamus and Prohibition. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0197. State ex rel. Hayes v. Jones.**

In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

O'CONNOR, C.J., not participating.

**2005–2284. State v. Bonnell.**

Cuyahoga App. No. 223820. On application for reopening under S.Ct.Prac.R. 11.06. Application denied.

**2008–1974. State v. Stepp.**

Butler App. No. CA200705117, 2008-Ohio-4305. On motion for order or relief. Motion denied.

**2015–0435. State v. Stepp.**

Butler App. No. CA2013–12–226. On motion for order or relief. Motion denied.

**2015–1128. State v. Victor.**

Geauga App. Nos. 2014–G–3220 and 2014–G–3241, 2015-Ohio-5520. On petition to advise. Petition denied.

**2015–1717. State ex rel. Tolle v. Spherion of Mid–Ohio, Inc.**

Franklin App. No. 14AP–717, 2015-Ohio-3593. On request for oral argument. Request denied.

**2016–1110. Goldshtein v. Mohr.**

In Habeas Corpus. On motion to strike. Motion denied.

**2016–1115. State ex rel. Cincinnati Enquirer v. Pike Cty. Coroner' s Office.**

In Mandamus. On motion to submit documents for in camera inspection. Motion granted in part and denied in part. Respondent shall file the unredacted autopsy reports under seal within 14 days. No additional materials shall be submitted.